■ MILDRED A. HARRINGTON et al., Appellants, v CITY OF BUFFALO et al., Respondents.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court,

Francis, J. (Appeal from Order of Supreme Court, Erie County, Francis, J.—Summary Judgment.) Present—Callahan, J. P., Doerr, Green, Pine and Balio, JJ.